IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SILVAN WARNICK,<br><br>            Plaintiff,<br>v.<br><br>BRADFORD COOLEY, ROBIN WILKINS, DANIEL HERBOLDSHEIMER, ETHAN RAMPTON, and MARK KNIGHTON,<br><br>            Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-00186<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul M. Warner |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on March 31, 2015 recommends that (1) Plaintiff's motion for leave to file an amended complaint be GRANTED; (2) Defendants' motions to strike be DENIED; (3) Plaintiff's amended complaint be allowed to stand and deemed filed as of the date of this Order; and (4) Defendant's motions to dismiss Plaintiff's original complaint be deemed moot.[2]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

---

[1] Report and Recommendation, docket no. 47, entered March 31, 2015.

[2] *Id.* at 5-6.

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED. Accordingly, (1) Plaintiff's motion for leave to file an amended complaint is GRANTED; (2) Defendants' motions to strike is DENIED; (3) Plaintiff's amended complaint is allowed to stand and is deemed filed as of the date of this Order; and (4) Defendant's motions to dismiss Plaintiff's original complaint are deemed MOOT.

Dated April 22, 2015.

BY THE COURT:

David Nuffer
United States District Judge

---

[3] Report and Recommendation, docket no. 47, entered March 31, 2015.